UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Kenneth M. Garofono, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-07-4319 |
| | § | |
| Davol, Inc., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# Order to Stay

This case is stayed pending a decision by the Multi-District Litigation Panel.

Signed on January 4, 2008, at Houston, Texas.

L. N. Hughes USDJ

Lynn N. Hughes
United States District Judge